**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 97-2384**

―――――――――

HALLIE N. STONE,

Plaintiff - Appellant,

versus

SULLIVAN'S AUTO BODY, (Trading as) its assign-
ees, and for successors in interest; RICHARD
L. SULLIVAN, JR., Owner, individually in his
private capacity; JOHN RICE, Manager,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CA-97-483-A)

―――――――――

Submitted:  February 26, 1998        Decided:  March 16, 1998

―――――――――

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Hallie N. Stone, Appellant Pro Se.  Mary Gillen Fenske, KALBAUGH,
PFUND & MESSERSMITH, Fairfax, Virginia, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the denial of a discovery motion in the underlying action. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED